CLIFTON R. ENGLER and ALFRED J. LOEW, as Executors, etc., of THERESA WICKS, Deceased, Respondents, v. GEORGE WICKS, Appellant, and Others, Defendants.— In an action to recover the principal and interest on a bond, secured by a mortgage on real estate, the defense is that the obligation was released by

a clause in a will. Judgment granted in favor of plaintiff, after trial by the court, without a jury, unanimously affirmed, with costs. Release clauses in wills are strictly construed. (*Van Alstyne* v. *Van Alstyne*, 28 N. Y. 375; *Matter of Lee*, 141 id. 58.) Present — Lazansky, P. J., Johnston, Adel, Taylor and Close, JJ.